**Order entered July 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00698-CV

**BEAMERS PRIVATE CLUB D/B/A PRIVATE LOUNGE, ET AL., Appellants**

**V.**

**STACEY M. JACKSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BROWN, JR., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13245**

## ORDER

Before the Court is the July 29, 2019 request of Melba Wright, Official Court Reporter for the 191st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **August 29, 2019**.

/s/    BILL WHITEHILL
       JUSTICE